

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2018

No. 04-15-00313-CR

The **STATE** of Texas,
Appellant

v.

James Burke **JARREAU**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5552
Honorable N. Keith Williams, Judge Presiding

## ORDER

Sitting:      Karen Angelini, Justice
               Marialyn Barnard, Justice
               Luz Elena D. Chapa, Justice[1]

On November 15, 2018, appellee James Burke Jarreau filed a motion for rehearing. After review, we **DENY** Jarreau's motion for rehearing.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2018.

_Keith E. Hottle_
Keith E. Hottle,
Clerk of Court

---

[1] Justice Chapa dissents without opinion to the denial of rehearing without requesting a response.